

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS

JUDGMENT

In re David Lawhone

No. 11-14-00105-CR

* Original Mandamus Proceeding

* April 24, 2014

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered Relator's petition for writ of mandamus and concludes that the writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.